Case 1:18-cv-00347-TWP-DLP   Document 1-2   Filed 02/06/18   Page 1 of 31 PageID #: 125

**29D03-1801-CT-000711**
Hamilton Superior Court 3

Filed: 1/25/2018 2:35 PM
Tammy Baitz
Clerk
Hamilton County, Indiana

**CIRCUIT AND SUPERIOR COURTS OF HAMILTON COUNTY, INDIANA**
1 Hamilton County Square, Suite 313
Noblesville, IN 46060
Office Tel. (317) 776-8589

CAROLYN WENDY HERZ,                          CASE NO.

                                   Plaintiff,

           -vs-

RICHARD L. YOUNG, et al.,

                                   Defendants.

# SUMMONS

To Defendants' attorney:                United States Attorney for the Southern District of Indiana
  ((per FRCP 4(i)(1) and (2))           c/o Civil Process Clerk
                                        10 West Market Street, Suite 2100
                                        Indianapolis, IN 46204-3048

     You are hereby notified that the person named as plaintiff has sued you in the Court indicated above.
The nature of the suit against you and the relief sought are stated in the complaint that is being served
with this Summons.

     You must file with the Clerk of this Court and serve upon the plaintiff at the address below a
response to the complaint within twenty (20) days, commencing the day after you receive the complaint
and this Summons, or a judgment by default may be rendered against you for the relief demanded in the
complaint.

                    1/25/2018
Date _____          _____
                                          Clerk, Hamilton Circuit/Superior Courts

Carolyn Wendy Herz, Plaintiff *Pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Telephone (317) 876-0421
Email: cwherz4802@gmail.com

The following manner of service is hereby designated:

**Certified Mail**, return receipt, served to the address indicated on the Summons, by plaintiff or attorney.

SEAL
HAMILTON CIRCUIT COURT
INDIANA

29D03-1801-CT-000711    Filed: 1/25/2018 2:35 PM
Hamilton Superior Court 3    Tammy Bait
Clerl
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CASE NO. |

| | |
|---|---|
| CAROLYN WENDY HERZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD L. YOUNG, DAVID F. HAMILTON, | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| EXECUTIVE COMMITTEE OF THE UNITED | ) |
| STATES DISTRICT COURT FOR THE | ) |
| NORTHERN DISTRICT OF ILLINOIS, EVAN | ) |
| GOODMAN, JOHN HANLEY, MATTHEW | ) |
| HEADLEY, STEPHEN CLAY, MICHAEL | ) |
| MCQUILLEN, LEWIS WAGNER, LLP, BOSE | ) |
| MCKINNEY & EVANS LLP, LAURA BINFORD, | ) |
| BRIAN BURBRINK, PATRICK HEALY, JOSEPH | ) |
| CARLASARE, JANET FRENCH, EVAN BAYH, | ) |
| HILLARY CLINTON, and DAVID KENNEDY | ) |
| Individually and as Judge of Davidson County, | ) |
| Tennessee Seventh Circuit Court, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DECLARATORY AND
## INJUNCTIVE RELIEF AND DAMAGES

1. Plaintiff brings a complaint alleging a pattern of racketeering, to exploit plaintiff as a single Jewish woman, to attack plaintiff for expressing opposition to the malfeasance of government officials, to promulgate bad government, and to take unfair advantage of plaintiff as a *pro se* litigant and Jewish woman, employing identity thieves to commit offenses for which defendants punish plaintiff. These actions have injured and continue to injure plaintiff.

### I. PARTIES

2. Plaintiff Carolyn Wendy Herz is a single female Conservative Jewish citizen of Marion County, Indiana. I (plaintiff) am Caucasian, small in stature, five feet two inches tall, and I weigh

approximately 105 pounds. I have owned a home in and resided in the College Park residential subdivision, and been a member of College Park Club, Inc., the private homeowners' association that governs the College Park subdivision, since August 1991. I am a proud *pro se* litigant, who has spent many hours studying the law, and who practices law better than some attorneys.

3. Defendant Richard L. Young has been a district judge of the United States District Court for the Southern District of Indiana ("INSD") since March 1998. Exhibiting bias against *pro se* litigants and women, he has abused his position to mercilessly harass and bully me.

4. Defendant David F. Hamilton has been a judge of the United States Court of Appeals for the Seventh Circuit ("U.S. Seventh Circuit") from November 2009 up to the present. He was a judge of the INSD from October 1994 – November 2009, having been given the lifetime position of enormous power in 1994 despite a rating of "Not Qualified" by the respected American Bar Association Standing Committee on Federal Judiciary. He sought the position to "get" me, even though in 1994 I was unaware even of his existence. Exhibiting strong bias against *pro se* litigants and women, he has abused his position to mercilessly harass and bully me.

5. Defendant United States Department of Justice (hereinafter, "USDOJ") is the country's chief law enforcement agency. It also represents the United States and its agencies and officers in civil litigation. USDOJ has participated in exploitation of me for more than twenty years.

6. Defendant Executive Committee of United States District Court for the Northern District of Illinois ("ILND Executive Committee") manages the affairs of ILND, which handles cases for the federal Northern District of Illinois, including Chicago. The court has a years long history of discriminating against *pro se*, non-attorney litigants to deny us justice. The ILND home office is located in the same building as the home office of the U.S. Seventh Circuit.

7. Defendant Evan Goodman was a Marion County criminal court judge from approximately 1972 through December 2006, and a Marion Superior Court senior judge since 2007. Af-

ter the Indiana Supreme Court reprimanded him in 1995 for nepotism and favoritism,[1] he became more abusive and surreptitious. Evan Goodman has never been authorized to provide legal services to College Park Club, Inc. or to me, and he is not related to me in any way, but he has claimed privileged entitlement to abuse his positions to relentlessly harass me, to interfere in and disrupt my private life and College Park Club, Inc. affairs.

8. Defendant John Hanley has been a judge of the Marion Superior Court Civil Division since January 2001. He has exhibited bias against *pro se* litigants and women, ignoring my filings, and generally flouting the law.

9. Defendant Matthew Headley, the violence-prone judge of Putnam County, Indiana Circuit Court, purported to hear an illegitimate Monroe Circuit Court case to which I was allegedly a party. He lacked jurisdiction over the case because the alleged order purporting to appoint him was forged, and because the case number of a closed case was cannibalized to concoct the illegitimate case. Exhibiting virulent bias against *pro se* litigants and women, he has abused the enormous power of his usurpation to mercilessly bully and harass me.

10. Defendant Stephen Clay, an accused child molester, is a member of the Indianapolis-Marion County City-County Council ("City-County Council"). Manifesting severe megalomania, he employed devious means to obtain the position of council president and anoint himself chairman of the Public Safety and Criminal Justice Committee. Stephen Clay has exhibited extreme bias against women and Jews, seeking to promulgate and spread anti-Semitism.

11. Defendant Michael McQuillen, an accomplice of accused child molester Stephen Clay, is the minority leader of the City-County Council. He has also has exhibited extreme megalomania and bias against women and Jews.

12. Defendant Lewis Wagner, LLP is an Indianapolis law firm whose attorneys have ap-

---

[1] Case number 49800-9406-JD-581.

peared on behalf of defendants in litigation to which I have been a party.

13. Bose McKinney & Evans LLP is an Indiana law firm whose attorneys have appeared on behalf of defendants in litigation to which I have been a party.

14. Defendant Laura Binford is an Indiana attorney who has appeared on behalf of defendants in litigation to which I have been a party.

15. Defendant Brian Burbrink is an Indiana attorney who has appeared on behalf of defendants in litigation to which I have been a party.

16. Defendant Patrick Healy is a Kentucky attorney admitted to practice in Indiana, who has filed appearances and other documents in Indiana cases to which I have been a party.

17. Defendant Joseph Carlasare is an Illinois attorney admitted to practice in Indiana who has appeared on behalf a defendant in one of my Indiana cases.

18. Defendant Janet French, an accomplice of Evan Goodman, has, since 2007, been the property manager for College Park Club, Inc., tasked with performing routine administrative functions. She is not an attorney and has no authority to make policy decisions. She is forcibly maintained in the position against the wishes of the College Park Club, Inc. membership by Evan Goodman to harass and threaten us College Park Club, Inc. members. We do not want her.

19. Defendant Evan Bayh was governor of Indiana from January 1989 – January 1997. He used his longstanding political connections to then President Bill Clinton and his meddling wife Hillary Clinton to have his political cronies David F. Hamilton and Richard L. Young appointed to federal judgeships, prior to his 1999 – 2011 stint as a U.S. senator from Indiana.

20. Defendant Hillary Clinton, an exploiter of women who has harbored a lifelong ambition to glorify herself as First Woman President, was the unsuccessful 2016 Democratic Party nominee for the office. As the pampered wife of a state attorney general, governor, president, and ex-president, she cruelly bullies the vulnerable and then plays the victim, and nearly de-

stroyed the Democratic Party in pursuit of her personal ambitions. In 2008, she threatened to sabotage Barack Obama's general election campaign unless he agreed to appoint her secretary of state and promote her candidacy for president in 2016, even though she was not qualified for either job. After intimidating qualified Democratic Party women out of running for president, she ran a mean-spirited, divisive, anti-Jewish campaign. A Hillary Clinton presidency would have been characterized by cruelty, vindictiveness, and incompetence.

21. Defendant David Kennedy is judge of Davidson County, Tennessee Seventh Circuit Court (not related to U.S. Seventh Circuit), which has jurisdiction to hear probate-related matters for Nashville/Davidson County, Tennessee, but not for any Indiana county. Davidson County circuit courts are local government entities locally managed and funded by local government appropriations. Since at least 2009, David Kennedy has been persistently traveling to Indiana to scheme with Evan Goodman and David F. Hamilton to exploit my family members and me for his own personal gain.

## II. ALLEGATIONS IN SUPPORT OF COMPLAINT

22. Hamilton County, Indiana meets preferred venue requirements pursuant to Ind. Trial Rule 75 (A)(4), because a defendant has her office out of which claims arose in Hamilton County; and David Kennedy is in privity with a financial advising office in Hamilton County.

23. Defendants look down on me as an easy target to exploit because I am a single woman without family roots in Indiana. I came to their attention as an "uppity" woman who has spoken out on issues of concern to me and expressed opposition to the malfeasance of government officials, contrary to their notion that women should remain silent and submissive.

24. To retaliate against me and put me in my place, defendants have interfered in and disrupted every aspect of my life, including blacklisting me from all paid employment, forcibly or constructively preventing me from participating in the activities of volunteer organizations, in-

timidating friends away from socializing with me, interfering with my business relationships, and disrupting my living environment.

25. In order to accomplish this, they have employed a bizarre practice of concocting fabrications that I am mentally ill and that I have perpetrated all sorts of misconduct. They recruit amoral women to relentlessly commit identity theft against me, engaging in serious misconduct in my name, so that I will receive the punishment for their misbehavior and they receive undeserved benefits. In order to facilitate the predation, defendants have recruited other amoral individuals to falsely identify their identity thieves as me.

26. None of the defendants has ever resided in the College Park subdivision or been a member of College Park Club, Inc., however, defendants seek to invade and disrupt my neighborhood affairs for their own personal gain, and to try to force me to sell my home. Defendants have also maliciously isolated me from my family members by attributing to me their identity thieves' misconduct, threatened to harm my family members if they dare associate with me, and sought to maliciously deprive me of my inheritance.

27. When I have sought relief for injuries in court, defendant judges have, in collaboration with the other defendants and in flagrant violation of Rules 3.3, 3.4, and 3.5 of the Indiana Rules of Professional Conduct, employed identity theft, forgery, and flagrant denial of due process, to further exploit me by corruptly stealing my money and denying me my legal right to litigate my meritorious claims, with intent to take advantage of me as a *pro se* litigant and woman. All defendant judges have treated me very unfairly; they are not in any way impartial.

28. Defendant judges have maintained extraordinarily sloppy practices, as well as a policy of virulent misogyny, in their courtrooms, to the extent of permeating the courts with corruption. Court harassers David F. Hamilton and Richard L. Young, in particular, are pampered by the taxpayers with lifetime jobs and no oversight or accountability.

29. I state claims arising from a subset of offenses committed against me.

### III. STATEMENT OF LEGAL CLAIM

30.  I (plaintiff) support the following claims by reference to the previous paragraphs of this complaint:

31. **Count I**. Racketeering: Defendants have used money obtained from a pattern of racketeering activity against me to set up and maintain an enterprise, which engages in interstate commerce and which has injured me in my property and business, for defendants to exploit my family members, and me as a single Jewish woman, to obtain undeserved benefits for themselves, to discredit and silence my expressed opposition to malfeasance of government officials, to employ unlawful means to deny me access to courts, to abuse the courts to concoct illegitimate "legal proceedings" to harm me, and to maintain bad government in Indiana, activities prohibited by 18 U.S.C. §§ 1962 (a), 1962 (b), and 1962 (d). The racketeering includes the following predicate offenses, committed in conspiracy with defendants' identity thieves:

a. Attempt to commit murder: In October – November 1994 one of defendants' accomplices, with intent to cause my father's death, sexually assaulted him, and harassed and harangued him with horrible allegations about me, thereby causing him such severe emotional distress that he suffered a ruptured aneurysm, from which he nearly died.

b. Involuntary servitude, 18 U.S.C. § 1584: During the period 1996 up to the present, David F. Hamilton, Richard L. Young, Hillary Clinton, Evan Goodman, and USDOJ have prevented me from obtaining paid employment, to serve as their unpaid slave and scapegoat.

c. Obstruction of justice, 18 U.S.C. § 1503, mail fraud, wire fraud: During the period 1997 through 2017, David F. Hamilton, Richard L. Young, Evan Goodman, Evan Bayh, Hillary Clinton, and USDOJ, in INSD case nos. IP 97-704-C M/S, IP 00-617-C Y/G, IP 01-744-C M/L, 1:02-cv-1385-LJM-WTL, 1:03-cv-421-JDT-WTL, 1:03-cv-952-DFH-TAB, 1:03-cv-406-LJM-

WTL, 1:03-cv-805-JDT-VSS, 1:03-cv-1447-DFH-VSS, 1:04-cv-0810-SEB-WTL, 1:04-cv-0945-RLY-TAB, 1:06-cv-0131-LJM-VSS, 1:11-cv-00595-SEB-WGH, 1:11-cv-00909-WTL-DKL, 1:12-cv-01295-SEB-MJD, 1:12-cv-01309-SEB-DKL, 1:12-cv-01848-LJM-DML, 1:13-cv-00134-WTL-DKL, 1:13-cv-200-SEB-DML, 1:13-cv-717-JMS-DKL, 1:13-cv-890-TWP-DKL, 1:13-cv-01212-WTL-DML, 1:13-cv-01383-RLY-DML, 1:14-cv-496-WTL-DKL, 1:14-cv-2001-RLY-DKL, 1:15-cv-00434-RLY-DML, 1:15-cv-161-WTL-DML, 1:16-cv-876-SEB-TAB, 1:16-cv-1360-WTL-TAB, 1:16-cv-02868-JMS-DML, 1:17-cv-01102-SEB-TAB, and 1:17-cv-01640-SEB-TAB corruptly impeded the due administration of justice by substituting poor quality forgeries for my real complaints and other filings, conducting *ex parte* hearings with their identity thieves impersonating me to perpetrate bizarre and disruptive behavior in my name, and encouraged non-attorneys to practice law by purporting to act on my behalf, to issue **void** judgments adverse to me based on the deceptions, and which were sent to me via U.S. mail and communicated electronically in interstate commerce. The foregoing was also intended to defraud me out of a fair hearing of my cases, for which I had paid filing fees.

      d. Obstruction of justice, 18 U.S.C. § 1503: In May 1998, David F. Hamilton, in INSD case no. IP98-C-0242-H/G, intentionally sabotaged my case by ordering the clerk to physically remove my most critical, time-sensitive filing, in which I complained in detail about sexual harassment, from the court file and send it to my home, causing the entire case to collapse. He then interfered in and disrupted U.S. Seventh Circuit case no. 99-3272 and U.S. Supreme Court case no. 00-505 to ensure that the case would not be re-opened.

      e. Obstruction of justice retaliation, 18 U.S.C. §§ 1512 and 1513; kidnapping; robbery: With intent to attack me and threaten bodily injury against me for producing documents, including affidavits, in U.S. district court cases that I commenced as plaintiff, Evan Goodman, Richard L. Young, USDOJ, Hillary Clinton, and David F. Hamilton recruited identity thieves to

commit offenses in my name, for which they instituted frivolous, groundless, due-process-free criminal "prosecutions" and protective orders during the period February 1999 through 2004, to deprive me of livelihood, subject me to forced confinement, take my car by force while armed with a deadly weapon, destroy my reputation and life, create an excuse to steal and disseminate my name, home address, Social Security number, and date of birth far and wide for commission of identity theft against me, and fabricate an excuse to take my money by force.

f. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): During the period 1999 up to the present, David F. Hamilton, Hillary Clinton, Evan Bayh, USDOJ, and Evan Goodman knowingly transmitted my identification information in interstate commerce without lawful authority, falsely accusing me of offenses as alleged in foregoing paragraph, with intent to commit obstruction of person in free exercise of religious beliefs, 18 U.S.C. § 247, to permanently deny me freedom to worship in Jewish congregations nationwide.

g. Murder: Hillary Clinton and Evan Bayh sabotaged the private planes used by two U.S. senate candidates, with intent to cause their deaths: Mel Carnahan in 2000 and Paul Wellstone in 2002. They then used an accomplice to cause such severe stress to then-Indiana governor Frank O'Bannon that he died of a stroke in 2003.

h. Obstruction of justice, 18 U.S.C. § 1503, mail fraud, wire fraud: During the period 2000 through 2011, David F. Hamilton, Richard L. Young, Evan Goodman, and David Kennedy, in U.S. Seventh Circuit case numbers 00-3589/00-3887, 03-2202, 04-3791, 04-3999, and 10-2915, corruptly impeded the due administration of justice by substituting poor quality forgeries, sent electronically and by U.S. mail, for my real complaints, appellate briefs and other filings, and inducing court clerks to give their poor quality forgeries to judges, with intent to induce those courts to issue void decisions adverse to me based on the deceptions, and which were sent to me via U.S. mail and communicated electronically in interstate commerce. The foregoing was

9

also intended to defraud me out of a fair hearing of my cases, for which I had paid filing fees.

i. Bribery: During the period from approximately 2002 through 2004, when the Marion County prosecutor promulgated corrupt practices, Stephen Clay paid the Marion County Prosecutor money he was not authorized to accept, with intent that he refrain from prosecuting Stephen Clay for credible allegations of child molestation.

j. Fraud in connection with identification information, 18 U.S.C. § 1028 (7), wire fraud: During the period 2002 up to the present, Richard L. Young and David F. Hamilton, with intent to defraud me of my filing fees and reputation, altered computers in the INSD, such that my legitimate filings are not entered into the electronic records of cases, and instead they secretly substitute poor quality forgeries drafted by them and not authorized by me and distribute electronic links to the forgeries via email in interstate commerce to electronically registered counsel, thereby committing forgery, obstruction of justice, and fraud in connection with computers, 18 U.S.C. § 1030. They refuse to allow me to participate in electronic noticing, thereby flouting 28 U.S.C. § 1914 (b), specifically to prevent me from learning of this deception.

k. Obstruction of justice, 18 U.S.C. §§ 1512 and 1513; wire fraud; mail fraud; robbery; money laundering: Through several transactions during the period December 2002 through July 2005, David F. Hamilton, Richard L. Young, Evan Bayh, and Evan Goodman, having devised a scheme to steal my money, using my means of identification that they had stolen, effected the removal of more than $70,000.00 from my financial account by placing my financial advisor in fear of harm to himself and his family, and diverted it through intermediaries into their pockets, for which federal tax reporting is required. They sent communications by U.S. mail falsely alleging that I had authorized the transactions. Their intent was also to use the theft to intimidate me away from providing evidence to courts of federal offenses committed by them.

l. Robbery, conspiracy to commit murder, wire fraud, mail fraud, obstruction of jus-

tice, 18 U.S.C. § 1513: In 2004, Evan Goodman, David Kennedy, and David F. Hamilton, having devised a scheme to defraud me of my inheritance, harassed and threatened my elderly parents into changing their funeral instructions from funeral and burial to the less expensive cremation, and subsequently sent the changed instructions by mail and wire in interstate commerce. Their intent was to steal the price difference, paying out only for cremation in 2007 and 2009, and set my parents up for murder by overdose of dangerous prescription controlled substances. Cremation permanently destroys evidence of foul play and also allows false report of a death. The intent was also to retaliate against me for providing information to federal law enforcement officers about possible commission of federal offenses by defendants.

m. Obstruction of justice: In an alleged opinion containing a barrage of extremely libelous *ad hominem* attacks against me and entered on September 30, 2004 in INSD case no. 1:03-cv-1447, David F. Hamilton, in collaboration with Evan Goodman and Richard L. Young, established an off-the-record "miscellaneous file" with the illegitimate number IP04-104-MISC-DFH, demanding that I obtain off-the-record permission to institute a new action, with intent to prevent me from publicly filing documents critical of them, thereby corruptly impeding the due administration of justice. On approximately October 13, 2004, December 22, 2004, January 6, 2005, and March 24, 2005, documents that I submitted to INSD were removed from the public record to the secret "miscellaneous file."

n. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): During the period September 2004 through July 2006, David F. Hamilton knowingly transferred my means of identification electronically for an unlawful purpose: he published and maintained on the general Internet and as a Westlaw document an alleged "judicial opinion" containing libelous falsehoods that I allegedly file frivolous lawsuits and that I am allegedly mentally ill, to fraudulently attribute to me the misbehavior of one of their identity thieves. The intent was to aid in

11

commission of the federal and Indiana felonies of obstruction of justice, and identity theft. The opinion came up as one of the first results in a Google search of my name.

o. Wire fraud: On or about May 20, 2005, as part of INSD case no. 1:04-cv-0945-RLY-TAB, Richard L. Young, having devised a scheme for obtaining my money by fraudulent pretenses, intentionally falsified court records transferred electronically in interstate commerce, to allege that I owed them $12,670.29 for legal services that I neither requested nor received.

p. Obstruction of justice, 18 U.S.C. § 1513: During the period November 2005 through March 2006, Evan Goodman, David F. Hamilton, and David Kennedy intentionally unlawfully altered my parents' trusts to take assets intended for me and divert them elsewhere. The intent was to retaliate against me for providing information, through service of process in civil cases, to the United States Attorney and the Attorney General of the United States about possible commission of federal offenses by defendants.

q. Kidnapping, obstruction of justice, 18 U.S.C. § 1513: In June 2006 David F. Hamilton and Evan Goodman intentionally induced the forcible move of my parents from Indianapolis to Tacoma, Washington against their will, in order to exert total control over them, to punish me by preventing me from interacting with them, and to steal their money and my inheritance.

r. Murder, Revised Code of Washington 9A.32.030: On or about October 29, 2007, David F. Hamilton and Evan Goodman collaborated with nursing facility staff to intentionally administer to my mother an overdose of either a narcotic painkiller, a sedative, the antipsychotic Seroquel, or the powerful anesthetic propofol, with intent to cause her death, and it did cause her death by asphyxiation.

s. Obstruction of justice, 18 U.S.C. § 1513; mail fraud, or alternatively murder: Evan Goodman, David F. Hamilton, and David Kennedy, having devised a scheme for obtaining my inheritance by false pretenses, for the purpose of executing that scheme, first isolated my father

from me through a groundless "conservatorship" in November 2009 and then knowingly forged a physician's signature to a death certificate falsely alleging that my father had passed away and sent it to me by U.S. Postal Service on or about December 14, 2009. Alternatively, they intentionally killed him with an overdose of a dangerous controlled substance. Their intent was to harm me in retaliation for providing information about federal felonies to law enforcement officers through service of process.

t. Computer fraud, 18 U.S.C. § 1030 (a)(1) pursuant to 18 U.S.C. § 2332b (g)(5)(B), bribery: During the period January 2009 through January 2013, Hillary Clinton used a private server in her home for communication of information requiring protection against disclosure, thereby exceeding authorized access to protected U.S. government computers, to provide restricted information to foreign governments in exchange for large contributions to her husband's private foundation and generous speaking fees to her husband personally. She also willfully retained the information until ordered to share it through congressional subpoenas and court orders.

u. Obstruction of justice, 18 U.S.C. § 1503, mail fraud, wire fraud: During the period December 2009 through February 15, 2011, in U.S. District Court for the Northern District of Indiana case nos. 2:10-cv-00053-PPS-PRC and 2:11-cv-00058 a/k/a 2:11-mc-00025-PPS, David F. Hamilton, Richard L. Young, Evan Goodman, Evan Bayh, David Kennedy, and Lewis Wagner, LLP corruptly impeded the due administration of justice by substituting poor quality forgeries, sent electronically and by U.S. mail, for my real complaint and other filings, conducting *ex parte* hearings with identity thieves impersonating me to perpetrate disruptive behavior in my name, to procure void judgments adverse to me based on the deceptions, and which were sent to me via U.S. mail and communicated electronically in interstate commerce. The foregoing was also intended to defraud me out of a fair hearing of the cases, for which I had paid filing fees.

v. Mail fraud, wire fraud, obstruction of justice: During the period May through Sep-

13

tember 2010, David F. Hamilton, USDOJ, and Evan Goodman, having devised a scheme to de-fraud me out of my filing fees, induced a judge to send summary dismissals of Middle District of Tennessee case numbers 3:10-cv-00082 and 3:10-cv-00853, in which I was the plaintiff, electronically in interstate commerce and by U.S. mail, using their identity thieves' poor quality forgeries and disruptive behavior as an excuse.

w. Extortion, Tenn. Code Ann. § 34-14-112; mail fraud; wire fraud; obstruction of justice, 18 U.S.C. § 1513: With intent to unlawfully obtain property and an advantage through coercion upon me, to maliciously threaten me with an injury, and to defraud me of my inheritance, on or about July 20, 2010, David Kennedy, in collaboration with Evan Goodman and David F. Hamilton, induced my sister, who was falsely at the time designated trustee of two forged alleged trusts purporting to have been signed by my parents, to commence Davidson County, Tennessee case no. 10P-1127. The State of Tennessee lacked personal jurisdiction over me in the case: If the trusts were valid, the real trustee is a citizen of Indiana, I as named beneficiary am a citizen of Indiana, and the funds are held in an account in Indiana. David Kennedy then sent by U.S. mail and electronically in interstate commerce an alleged order in the case bearing a file-mark of November 9, 2010, unlawfully appointing a Tennessee trustee, who is not authorized to practice law in Indiana, without jurisdiction to do so, using threats to unlawfully restrict my freedom to seek remedies for any mishandling of the assets in question, and causing the continuing removal of tens of thousands of dollars from my inheritance. The intent was also to retaliate against me for providing information, through service of process, to the United States Attorney and the U.S. Attorney General about possible commission of federal offenses by defendants.

x. Extortion, Tenn. Code Ann. § 34-14-112: robbery: In September 2010, in case number 10P-1127, Evan Goodman and David F. Hamilton, in collaboration with David Kennedy's court, used coercion on me to force me to reveal the Indiana custodian of my financial as-

14

sets unrelated to my parents' alleged trusts, in order to steal my assets, and threaten the custodi-

an's employees to try take the assets by force, such that I was forced to pay to transfer the assets

to another custodian.

y. Obstruction of justice, 18 U.S.C. § 1503, mail fraud, wire fraud: On or about April

11, 2011 ILND Executive Committee, David F. Hamilton, Richard L. Young, USDOJ, and Evan

Goodman, in ILND case no. 1:11-cv-2116, substituted a forged, poor quality complaint for my

real one and participated in an *ex parte* hearing with an identity thief impersonating me, to have

her engage in bizarre behavior in my name and agree to dismissal of the case on my behalf,

thereby corruptly impeding the due administration of justice and defrauding me of my filing fee.

z. Obstruction of justice: In 2011, ILND Executive Committee corruptly impeded the

due administration of justice by instructing the Clerk to place the court's seal on only one copy

of each summons issued, with the summons bearing the seal to be filed with the return of service,

and not served on the defendant. This violates 28 U.S.C. § 1691 and Rule 4 (a)(1)(G) and (b) of

the *Federal Rules of Civil Procedure*, and allows defendants to have cases summarily dismissed

based on insufficient process. Thus, in case no. 1:11-cv-2116, process servers failed to serve two

defendants with the summonses bearing the court's seal, instead returning them to me attached to

the returns of service.

aa. Obstruction of justice, retaliation against informant, 18 U.S.C. §§ 1503 and 1513

(b) and (e), mail fraud, wire fraud: On April 14, 2011, ILND Executive Committee, in collabora-

tion with David F. Hamilton, Richard L. Young, USDOJ, and Evan Goodman, conducted a se-

cret *ex parte* meeting, with an identity thief impersonating me, to institute new, frivolous litiga-

tion, ILND case no. 1:11-cv-2489. They then sent to my home a document containing a void "in-

junction" ordering me to refrain from commencing litigation in that court. The perpetrators

threatened that they would use physical force against me if I did not comply with their demands,

15

and ordered the ILND Clerk to refuse to docket any future complaints that I may file, thereby corruptly and through threats impeding the due administration of justice.

bb. Obstruction of justice, 18 U.S.C. § 1503; Tampering with witness, victim, informant, 18 U.S.C. § 1512, mail fraud, wire fraud: With intent to induce me to withhold my filings, including affidavits, from official proceedings and defraud me of my filing fees, on or about July 29, 2011, Richard L. Young, David F. Hamilton, Evan Bayh, Hillary Clinton, Brian Burbrink, Laura Binford, and Lewis Wagner, LLP created in Chicago and sent to my home by U.S. mail and electronically in interstate commerce documents bearing the illegitimate case number IP 04-mc-104-SEB-DML (alternatively illegitimate case no. 1:04-mc-SEB-DML) and purporting to be "injunctions" unlawfully ordering me to refrain from commencing litigation in state and federal courts. The documents threatened that they would use physical force against me if I did not comply with their demands. They have used the documents to threaten court clerks with harm if they dare to accept for filing my legitimately tendered documents in my cases, and to have state and federal cases summarily dismissed during the period 2011 through 2017, without giving me an opportunity to litigate my meritorious claims, thereby corruptly and by threats impeding the due administration of justice.

cc. Obstruction of justice, 18 U.S.C. § 1503, mail fraud, wire fraud, robbery, interference with commerce by threats or violence, 18 U.S.C. § 1951: On or about August 30, 2011, David F. Hamilton, in collaboration with Richard L. Young, Evan Bayh, Hillary Clinton, Brian Burbrink, Laura Binford, and Lewis Wagner, LLP, having devised a scheme to defraud me of my appellate filing fee in U.S. Seventh Circuit case number 11-2817 and an additional $1,500.00, as well as my filing fees in other cases, summarily dismissed the appeal and then cannibalized the appeal number to issue an unlawful demand that I pay them $1,500.00 for permission to file documents in cases to which I am a party and threatening criminal prosecutions

against me. They sent the document to my address via U.S. mail and electronically in interstate commerce, and have used it to threaten court clerks with harm if they dare to accept for filing my legitimately tendered documents in my cases, and to have numerous cases summarily dismissed via void judgments during the period 2012 through 2017, without giving me an opportunity to litigate my claims, thereby corruptly and by threats impeding the due administration of justice.

dd. Wire fraud, obstruction of justice: In order to facilitate the aforementioned criminal sabotage in my cases and unfairly handicap me, ILND Executive Committee has, through void ILND case no. 1:12-cv-02321, maintained an unfair policy of barring me from participating in electronic filing.

ee. Mail fraud, wire fraud: During the period October 7, 2011 through February 10, 2012, Lewis Wagner, LLP, Bose McKinney & Evans LLP, Laura Binford, and Brian Burbrink, having devised a scheme to defraud me of my filing fee and additional money using various pretexts as part of Indiana Court of Appeals appeal number 53A01-1110-PL-447, substituted forged, poor quality filings for my real filings, conducted *ex parte* teleconferences with one of their identity thieves impersonating me, and intimidated court clerks to send false allegations via forged documents by U.S. mail and electronically in interstate commerce that the appeal had been dismissed and they had been awarded attorney fees and costs.

ff. Mail fraud or wire fraud: On or about August 2, 2012, Lewis Wagner, LLP, having devised a scheme to defraud me of my money, sent through the mail or electronically to a Massachusetts insurance company a false allegation that the Indiana Court of Appeals had awarded them $5,398.55 from me, when they knew that they had forged an alleged "court order" to enrich themselves at my expense.

gg. Mail fraud, wire fraud: During the period July 2012 through February 2013, as part of a non-case with the number 53C01-1107-PL-001424, which was cannibalized from a

closed case, Lewis Wagner, LLP, Brian Burbrink, Bose McKinney & Evans LLP, and Laura Binford, in collaboration with Matthew Headley and David Kennedy, having devised a scheme to defraud me of my money, sent fraudulent documents through the U.S. mail and electronically in interstate commerce falsely alleging that I owe them $3,763.00, $549.00, $2,632.00, and $1,851.63, respectively, which they continue to fraudulently claim.

hh. Retaliation against witness, 18 U.S.C. § 1513, kidnapping, robbery: During the period August 2012 through 2013 I pursued litigation naming Matthew Headley as a defendant. Through service of process I provided truthful information to federal law enforcement officers about his possible commission of federal offenses. To retaliate, Matthew Headley, in collaboration with Lewis Wagner, LLP, Brian Burbrink, Bose McKinney & Evans LLP, Laura Binford, and David F. Hamilton, used cannibalized case number 53C01-1107-PL-1424 to send to me via U.S. mail violently threatening alleged "orders" and "writ of body attachment" dated February 21, 2013, April 5, 2013, October 28, 2013, and February 24, 2017 threatening to kidnap and criminally confine me, and to take $9,893.63 of my money by placing me in fear.

ii. Wire fraud: With intent to defraud me of my money and my right to litigate my meritorious claims, during the period 2015 up to the present, Richard L. Young, David F. Hamilton, Evan Goodman, and John Hanley have intimidated court clerks into keeping Marion Superior Court case no. 49D11-1503-PL-006894 designated as "pending" after it was removed to federal court and the state court lost jurisdiction over it, in order to create fraudulent alleged orders adverse to me. It remains designated as "pending."

jj. Robbery, aid to racketeering, 18 U.S.C. § 1952: In 2015 – 2016, Hillary Clinton and Evan Bayh traveled or used the mail in interstate commerce to distribute proceeds of extortion (18 U.S.C. § 875 (d)) of the funds of a private non-profit university in Indiana by placing university administrators in fear of harm to themselves and their families, to use its stipend to

fund the political activities of a Clinton campaign staff member, and in an amount that is more than the allowed contribution to a federal primary campaign.

kk. Wire fraud: Having devised a scheme to defraud us voters out of a fair election, and to fraudulently promote her planned candidacy for 2020, Hillary Clinton's campaign paid news media to communicate electronically in interstate commerce what falsely appear to be news articles and independent opinion columns praising her and denigrating her primary and general election opponents, and making misleading comments about election results, but they are, in reality, paid advertisements.

ll. Murder: In February 2016, Evan Bayh, David F. Hamilton, and Hillary Clinton employed an accomplice to cause such extreme stress to U.S. Supreme Court justice Antonin Scalia, who already suffered from multiple ailments, that it caused his death. The intent was for their expected president Hillary Clinton to appoint David F. Hamilton to the position.

mm. Wire fraud: On February 6, 2017, February 8, 2017, February 15, 2017, February 17, 2017, February 27, 2017, and July 28, 2017, Patrick Healy, Laura Binford, Evan Goodman, Janet French, David F. Hamilton, and Richard L. Young, having devised a scheme to defraud me of my filing fee and additional money in serving defendants with documents, falsified the Chronological Case Summary and court documents in Marion Superior Court case number 49D06-1304-CT-014053 to falsely allege that an attorney had appeared on my behalf, falsely allege that I had filed motions for change of judge, and filed forged documents containing false, extremely libelous allegations about me, to have the case summarily dismissed.

nn. Wire fraud, mail fraud: On or about November 29, 2017, Evan Goodman, David F. Hamilton, Evan Bayh, Hillary Clinton, and Richard L. Young, having devised a scheme to defraud me of my freedom to seek remedies for injuries to me, created and sent electronically in interstate commerce and by U.S. mail a forged "order" in Tippecanoe Circuit Court case no.

79C01-1707-CT-000118 purporting to have been authored by the judge of the court, but which was not authored or authorized by him, to impose egregiously unlawful restrictions on me and are keeping the case open after dismissal to use it as a rationalization to issue unlawful alleged orders unlawfully restricting my freedom.

oo. Wire fraud: During the period December 2017 – January 2018, John Hanley, Evan Goodman, David F. Hamilton, Richard L. Young, Patrick Healy, and Joseph Carlasare, having devised a scheme to defraud me of my filing fee and my right to litigate my claims in Marion Superior Court case no. 49D11-1712-CT-045468, secretly sent electronically in interstate commerce a poor quality forgery containing nonsensical drivel that purported to be my complaint, but was really drafted by them.

pp. Wire fraud, mail fraud: On or about January 3, 2018 and January 5, 2018, Evan Goodman and Joseph Carlasare, in collaboration with John Hanley, David F. Hamilton, Evan Bayh, and Richard L. Young, having devised a scheme to defraud me of my filing fee and my right to litigate my meritorious claims in Marion Superior Court case no. 49D11-1712-CT-045468, sent electronically in interstate commerce and through the U.S. mail so-called motions to dismiss containing false, extremely libelous allegations about me, using the falsified alleged order in case no. 79C01-1707-CT-000118 as rationalization.

qq. Wire fraud, mail fraud: On or about January 8, 2018, Patrick Healy, in collaboration with Evan Goodman, John Hanley, and Richard L. Young, having devised a scheme to defraud me of my filing fee and my right to litigate my meritorious claims in Marion Superior Court case no. 49D11-1712-CT-045468, sent electronically and through the U.S. mail a so-called motion to dismiss containing false, extremely libelous allegations about me and incorrect statements of law, without appearing on behalf of any party to the case or filing a motion to intervene.

rr. Obstruction of justice: In order to prevent me from litigating my federal cases dur-

ing the period 1997 up to the present, David F. Hamilton, Richard L. Young, and Evan Goodman have placed potential witnesses who might testify in my favor in fear of harm to themselves and their families, including threats of criminal convictions of felony perjury for innocent mistakes or normal memory lapses, in order to frighten them out of testifying, or alternatively to testify falsely, such that I cannot trust any potential witness to testify truthfully.

ss. Mail fraud, wire fraud: On January 2, 2018, David F. Hamilton, Evan Goodman, Evan Bayh, Matthew Headley, and Richard Young, having devised a scheme to defraud me of my right to a hearing of my claims in INSD case no. 1:18-cv-00001, filed a copy of my original complaint in the case instead of my Amended Complaint, which I had filed and served in predecessor Marion Superior Court case 49D10-1712-CT-046382 prior to removal.

tt. Obstruction of justice, 18 U.S.C. § 1503, mail fraud, wire fraud: On or about January 8, 2018, in pending INSD case no. 1:18-cv-00001, Richard L. Young, David F. Hamilton, Evan Goodman, Evan Bayh, and Matthew Headley, having devised a scheme to defraud me out of my filing fee and my right to litigate my claims, transmitted electronically in interstate commerce and via U.S. mail a mean-spirited, abusive unlawful alleged order replete with false, libelous allegations about me, including references to the fraudulent document issued August 30, 2011 under appeal no. 11-2817.

uu. Obstruction of justice, 18 U.S.C. §§ 1512 and 1513: In order to continue defendants' bullying of me, Stephen Clay, in collaboration with Michael McQuillen, David F. Hamilton, Richard L. Young, Evan Bayh, Hillary Clinton, and Evan Goodman, abused Big Government power in January 2018 to elbow his way in as president of the City-County Council and Chairman of its Public Safety and Criminal Justice Committee, with intent to use Council appropriations and other authorities to promulgate police and prosecutorial harassment of me.

vv. Obstruction of justice, 18 U.S.C. §§ 1512 and 1513, bank fraud: As part of their

retaliation against me for pursuing litigation in federal court, during the period 2013 up to the present, Evan Goodman, Stephen Clay, Michael McQuillen, Janet French, Evan Bayh, Hillary Clinton, David F. Hamilton, and Richard L. Young, forged documents purporting to borrow $700,000.00 in the name of College Park Club, Inc. to purchase real property designated Marion County parcel no. 6027008, which borders my neighborhood and also an elementary school, and to construct a residence/brothel/drug den on it for drug dealers, child molesters, and associated violent offenders, with intent to impair my quality of life and drastically reduce my property value and salability of my home, and are trying to force me to use my money to repay their loan.

ww. Bank fraud, money laundering: The $630,000.00 of the $700,000.00 that purported to have been borrowed from a bank was really provided by criminal oligarchs associated with the Russian government, which has been using gullible, selfish Americans as tools to infiltrate American society and government, to destroy the United States of America. The so-called loan repayment money being extorted from us College Park Club, Inc. members, along with some of our regular dues payments, is passing through a slush fund into defendants' own pockets, for which federal tax reporting is required.

xx. Mail fraud, wire fraud, robbery: During the period August 2014 though January 2018, Janet French, in collaboration with Evan Goodman, David F. Hamilton, Richard L. Young, Stephen Clay, and Michael McQuillen, with intent to defraud me of my money, has been relentlessly harassing me via U.S. mail and electronically in interstate commerce with threats of violence against my person for exercising my legal right to access the College Park Club, Inc. common amenities, and with fraudulent "Statements of Account" falsely alleging that I owe them more than one thousand dollars allegedly for repayment of their loan for purchase of parcel no. 6027008, and falsely alleging that I have not paid my association dues, with intent to take my money for themselves by placing me in fear.

yy. Sex trafficking, sexual exploitation of children: Taking advantage of the neighboring elementary school, defendants are planning to use parcel no. 6027008 as a base for coercion on the students, communicating with them electronically in interstate commerce, to perform sex acts in their planned brothel, and to photograph them performing the sex acts and transmit and sell the images online in interstate commerce.

zz. Wire fraud: In collaboration with Michael McQuillen and Evan Goodman, Stephen Clay, with intent to defraud us taxpayers of our money designated for government services, is planning to use his council positions to deceptively and unlawfully divert taxpayer funds to his church to pay off its pending debts, which are in default.

aaa. Obstruction of justice, 18 U.S.C. § 1503: On or about January 18, 2018, Richard L. Young, David F. Hamilton, Evan Goodman, Evan Bayh, Hillary Clinton, ILND Executive Committee, USDOJ, and David Kennedy corruptly used their fraudulent document issued August 30, 2011 under appeal no. 11-2817 to have U.S. District Court for the Northern District of Indiana case no. 4:17-cv-00090 summarily dismissed, to prevent me from litigating my meritorious claims, thereby depriving me of the value of my filing fee.

## IV. PRAYER FOR RELIEF

32.   Based on the foregoing, plaintiff respectfully prays that this Court order the following relief:

33. Order defendants to refrain from killing me or otherwise harming me in retaliation for exercising my legal right to pursue this litigation.

34. Order Evan Goodman, Stephen Clay, Michael McQuillen, David F. Hamilton, and Richard L. Young to refrain from forcing any deleterious development onto Marion County parcel no. 6027008, and particularly to refrain from bringing criminals onto the property.

35. A declaration that I, Carolyn Wendy Herz, have no legal obligation to contribute any

of my personal assets, either directly or indirectly, toward the purchase of, maintenance of, or property taxes on parcel no. 6027008, or toward any improvement on the property, or to defendants' slush fund for any reason.

36 Order Janet French to immediately and permanently resign her position as College Park Club, Inc. property manager.

37. Order all defendant judges and courts to immediately remove their unconstitutional, libelous, and frivolous "restricted filer" status pertaining to me from all court records.

38. Order Richard L. Young and David F. Hamilton to ensure that clerks accurately docket and transmit electronically the documents that I tender to all federal courts within the Seventh Circuit for filing.

39. Order Richard L. Young, David F. Hamilton, and Evan Goodman to permanently refrain from hearing any case to which I am a party, due to their extreme bias, and to refrain from disrupting any case to which I am a party and that is assigned to another judge.

40. Declaratory relief that the forged alleged order in case no. 79C01-1707-CT-000118 should be vacated and the case should be closed.

41. Declaratory relief that John Hanley should close Marion Superior Court case no. 49D11-1503-PL-006894, and hear case no. 49D11-1712-CT-045468 in a fair and impartial manner and in accordance with the law, or recuse himself if he is unable to do this.

42. Order Bose McKinney & Evans LLP, Lewis Wagner, LLP, Laura Binford, and Brian Burbrink to immediately withdraw all of their unlawful demands for my money in the illegitimate proceeding designated as 53C01-1107-PL-001424.

43. Order Lewis Wagner, LLP, Bose McKinney & Evans LLP, Laura Binford, Patrick Healy, Joseph Carlesare, and Brian Burbrink to stop purveying falsehoods about me and stop trying to use bogus proceedings to extort money from me.

24

44. Order Stephen Clay to immediately and permanently resign from the Criminal Justice and Public Safety Committee, due to his corruption and bias against women and Jews.

45. Pursuant to 28 U.S.C. § 1361, order USDOJ to do its duty to criminally prosecute anyone who has used my Social Security number and/or other means of identification to commit identity theft and other federal criminal offenses against me, so that I may live in safety.

46. That case no. IP98-C-0242-H/G be re-opened, so that I may have a fair opportunity to litigate my claims.

47. Declaratory relief that David Kennedy should revoke all orders issued in illegitimate case no. 10P-1127, order that all assets taken from my parents' estates be returned to the estates, and then relinquish jurisdiction over the case.

48. That the Court award me compensatory damages, treble damages as allowed by law, and/or punitive damages, and costs of this litigation. Defendants should pay me restitution.

49. Order such additional relief as the Court may deem just and proper.

## V. AFFIRMATION OF PLAINTIFF

I, the plaintiff in this cause, do affirm that all of the statements in this complaint are, to the best of my personal knowledge and belief, true and correct.

January 25, 2018

Dated _____

Respectfully submitted,

*Carolyn Wendy Herz*

Carolyn Wendy Herz, Plaintiff *pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Tel. (317) 876-0421
cwherz4802@gmail.com

25

US-ATTORNEYS-IN-SOUTH
JAN 29 2018 PM3:43

Case 1:18-cv-00347-TWP-DLP   Document 1-2   Filed 02/06/18   Page 28 of 31 PageID #: 126
29D03-1801-CT-000711
Hamilton Superior Court 3
Filed: 1/26/2018 2:35 PM
Tammy Baitz
Clerk
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CASE NO. |

| | | |
|---|---|---|
| CAROLYN WENDY HERZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD L. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PRO SE APPEARANCE IN A CIVIL CASE

Party Classification:  Initiating  _X_  Responding ____  Intervening ____

1. The undersigned now appears in this case for the following party member:
   Carolyn Wendy Herz, 3105 Lehigh Ct., Indianapolis, IN 46268-1320; Tel: (317) 876-0421

2. Applicable information for service as required by Trial Rule 5(B)(2):

Name:  Carolyn Wendy Herz, *pro se*      Telephone:     (317) 876-0421
Address:  3105 Lehigh Ct.               FAX:           none
          Indianapolis, IN 46268-1320   Email Address: cwherz4802@gmail.com

3. This is a  _CT_  case type as defined in Administrative Rule 8(B)(3).

4. There are related cases: Yes ____ No _X_ .

5. There are other party members: Yes____ No _X_ *(If yes, list on continuation page)*.

6. I will accept service by electronic mail in PDF format: Yes _X_ No ____ .

7. This form has been served on all other parties Yes _X_ No ____ .

*Carolyn Wendy Herz* (signature)

_____

Carolyn Wendy Herz, *Pro se* Initiating Party

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing is being served upon the following with process:

United States Attorney for the Southern
    District of Indiana
c/o Civil Process Clerk
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Curtis Hill, Attorney General for the
    State of Indiana
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204

United States Department of Justice
c/o Jefferson Sessions, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Hon. Richard L. Young, Judge
United States District Court for the Southern
    District of Indiana
101 Northwest MLK Boulevard, Room 310
Evansville, IN 47708

Executive Committee of the U.S. District
    Court for the Northern District of Illinois
c/o Rubén Castillo, Chief Judge
219 South Dearborn Street, Room 2548
Chicago, IL 60604

Hon. David Kennedy, Judge
Davidson County Seventh Circuit Court
Metropolitan Courthouse
1 Public Square, Suite 608
Nashville, TN 37201

Hon. Matthew Headley, Judge
Putnam Circuit Court
One Courthouse Square, 3rd Floor
Greencastle, IN 46135

Hon. David F. Hamilton, Judge
Indiana University Maurer School of Law
211 S. Indiana Avenue, Room 219
Bloomington, IN 47405

Stephen Clay, Councillor
241 City-County Building
200 E. Washington Street
Indianapolis, IN 46204

Indianapolis Office of Corporation Counsel
c/o Andrew J. Mallon, Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN 46204

Michael McQuillen, Councillor
241 City-County Building
200 E. Washington Street
Indianapolis, IN 46204

Hon. John Hanley, Judge
Marion Superior Court Civil Division 11
200 East Washington Street, Room T-1421
Indianapolis, IN 46204

Evan Bayh
McGuireWoods LLP
2001 K Street N.W., Suite 400
Washington, DC 20006-1040

Janet French
Association Management, Inc.
9099 Technology Lane
Fishers, IN 46038-2828

Lewis Wagner, LLP
c/o John Trimble, Registered Agent
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150

Laura Binford
Riley Bennett & Egloff LLP
141 East Washington St., 4th Floor
Indianapolis, IN 46204

Patrick Healy
Lewis, Brisbois, Bisgaard & Smith, LLP
909 Wright's Summit Parkway, Suite 230
Ft. Wright, KY 41011

Evan Goodman
9539 N Kenwood Ave.
Indianapolis, IN 46260

Bose McKinney & Evans LLP
c/o Jeffrey R. Gaither, Registered Agent
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Brian Burbrink
Ogletree Deakins Nash Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204

Joseph Carlasare
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601

Hillary Clinton
15 Old House Lane
Chappaqua, NY 10514

_Carolyn Wendy Herz_

_____
Carolyn Wendy Herz, Plaintiff

3

US-ATTORNEYS-IN-SOUTH
JAN 29 2018 PM3:43